**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1836**

LAEL GARDNER,

                    Plaintiff - Appellant,

          v.

CENTRAL INTELLIGENCE AGENCY,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson Everett Legg, District Judge. (1:11-cv-01126-BEL)

Submitted:  November 17, 2011      Decided:  November 22, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lael Gardner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lael Gardner appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gardner v. Cent. Intelligence Agency</u>, No. 1:11-cv-01126-BEL (D. Md. May 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>